ELLEN F. ROSENBLUM
Attorney General
ELIOT D. THOMPSON  #160661
NICHOLAS MANCUSO #151262
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  eliot.thompson@doj.state.or.us
            nicholas.mancuso@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| The Estate of MATTHEW REYNOLDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OREGON DEPARTMENT OF HUMAN SERVICES, a governmental agency; ANGELA KNEELAND, in her individual capacity; REIGNA RUSHFORD, in her individual capacity; RHONDA IRISH, in her individual capacity; AMY YOUNGFLESH, in her individual capacity; and JANE and JOHN DOES 1-5; in their individual and/or official capacities,<br><br>　　　　Defendants. | Case No.  3:23-cv-0705-SB<br><br>DEFENDANTS OREGON DEPARTMENT OF HUMAN SERVICES, ANGELA KNEELAND, REIGNA RUSHFORD, RHONDA IRISH, AND AMY YOUNGFLESH'S THIRD-PARTY COMPLAINT |
| OREGON DEPARTMENT OF HUMAN SERVICES, a governmental agency; ANGELA KNEELAND, an individual; REIGNA RUSHFORD, an individual; RHONDA IRISH, an individual; and AMY YOUNGFLESH, an individual,<br><br>　　　　Third-Party Plaintiffs, | |

Page 1 -    DEFENDANTS OREGON DEPARTMENT OF HUMAN SERVICES, ANGELA KNEELAND, REIGNA RUSHFORD, RHONDA IRISH, AND AMY YOUNGFLESH'S THIRD-PARTY COMPLAINT
　　　ET2/bm6/Reynolds 0705 PLD Third-Party Complaint

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

v.

MARLYNNE REYNOLDS,

    Third-Party Defendant.

## THIRD-PARTY COMPLAINT

### Against Marlynne Reynolds

1.

Defendants Oregon Department of Human Services, Angela Kneeland, Reigna Rushford, Rhonda Irish, and Amy Youngflesh (collectively, the "State Defendants / Third-Party Plaintiffs"), in support of their Third-Party Complaint against Third-Party Defendant Marlynne Reynolds, allege as follows.

2.

Plaintiff filed suit against the State Defendants / Third-Party Plaintiffs alleging, among other things, that they are responsible for the emotional distress, personal injury, and death of Matthew Reynolds ("Decedent").

3.

Third-Party Defendant was the mother of Decedent and is the sole beneficiary of his estate but does not represent his estate in this action.

4.

At all times material to Plaintiff's lawsuit, until the removal of Decedent from the physical custody of the Third-Party Defendant on March 11, 2021, the Third-Party Defendant had primary responsibility for Matthew's supervision and care, including but not limited to ensuring that he followed the treatment and care recommended by his medical team.

Page 2 -   DEFENDANTS OREGON DEPARTMENT OF HUMAN SERVICES, ANGELA KNEELAND, REIGNA RUSHFORD, RHONDA IRISH, AND AMY YOUNGFLESH'S THIRD-PARTY COMPLAINT
    ET2/bm6/Reynolds 0705 PLD Third-Party Complaint

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## FIRST CLAIM FOR RELIEF

### Contribution

5.

The State Defendants / Third-Party Plaintiffs incorporate by reference its preceding allegations.

6.

Any of Decedent's damages arising from emotional distress, personal injury, and death, were caused in whole or in part by the Third-Party Defendant. The Third-Party Defendant was negligent in one or more of the following ways:

a. Failing to adequately monitor Decedent's weight, diet, and exercise;

b. Failing to ensure that Decedent had adequate dental hygiene and dental care;

c. Failing to ensure Decedent was using his BiPAP;

d. Failing to communicate with Decedent's medical team;

e. Failing to make and keep appropriate medical appointments for Decedent; and

f. Otherwise failing to provide appropriate care and supervision of Decedent.

7.

If the State Defendants are found liable to Plaintiff, they are entitled to contribution from the Third-Party Defendant for her proportional share of fault, pursuant to ORS 31.800 *et seq.*, and her fault must be considered by the jury pursuant to ORS 31.600 *et seq.*

Page 3 -   DEFENDANTS OREGON DEPARTMENT OF HUMAN SERVICES, ANGELA KNEELAND, REIGNA RUSHFORD, RHONDA IRISH, AND AMY YOUNGFLESH'S THIRD-PARTY COMPLAINT
ET2/bm6/Reynolds 0705 PLD Third-Party Complaint

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

WHEREFORE, the State Defendants / Third-Party Plaintiffs pray for judgment in its favor and against Third-Party Defendant Marlynne Reynolds for any amounts awarded the State Defendants, incurred costs and fees, and further relief as the Court may deem appropriate.

DATED June _2_, 2023.

        Respectfully submitted,

        ELLEN F. ROSENBLUM
        Attorney General

        *s/Eliot D. Thompson*
        ELIOT D. THOMPSON #160661
        NICHOLAS MANCUSO #151262
        Senior Assistant Attorney General
        Trial Attorney
        Tel (503) 947-4700
        Fax (503) 947-4791
        eliot.thompson@doj.state.or.us
        nicholas.mancuso@doj.state.or.us
        Of Attorneys for Defendants/Third-Party Plaintiffs

Page 4 -   DEFENDANTS OREGON DEPARTMENT OF HUMAN SERVICES, ANGELA KNEELAND, REIGNA RUSHFORD, RHONDA IRISH, AND AMY YOUNGFLESH'S THIRD-PARTY COMPLAINT
  ET2/bm6/Reynolds 0705 PLD Third-Party Complaint

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

**CERTIFICATE OF SERVICE**

I certify that on June  2 , 2023, I served the foregoing DEFENDANTS OREGON DEPARTMENT OF HUMAN SERVICES, ANGELA KNEELAND, REIGNA RUSHFORD, RHONDA IRISH, AND AMY YOUNGFLESH'S THIRD-PARTY COMPLAINT upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Steven V Rizzo | ___ HAND DELIVERY |
| Mary Skjelset | _X_ MAIL DELIVERY |
| Rizzo Bosworth Eraut PC | ___ OVERNIGHT MAIL |
| 1300 SW Sixth Avenue, Ste 330 | _X_ SERVED BY E-FILING |
| Portland, OR 97201 | ___ EMAIL |
|   Attorneys for *Plaintiff* | |

          *s/Eliot D. Thompson*
ELIOT D. THOMPSON #160661
NICHOLAS MANCUSO #151262
Senior Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
eliot.thompson@doj.state.or.us
Of Attorneys for Defendants

Page 1 -   CERTIFICATE OF SERVICE
           ET2/bm6/813433536

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791