IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

THE ESTATE OF M.R.,

               Plaintiff,

    v.

OREGON DEPARTMENT OF HUMAN
SERVICES *et al.*,

               Defendants.

_____

OREGON DEPARTMENT OF HUMAN
SERVICES *et al.*,

               Third-Party Plaintiffs,

    v.

MARYLYNNE REYNOLDS,

               Defendant.

_____

MARYLYNNE REYNOLDS,

               Plaintiff,

    v.

ANGELA KNEELAND *et al.*,

               Defendants.

_____

Lead Case No. 3:23-cv-00705-SB
(Consolidated Case No. 3:23-cv-00702-SB)

**GENERAL JUDGMENT OF
DISMISSAL WITH PREJUDICE**

In accordance with the terms of the parties' settlement agreements, the Court hereby enters judgment dismissing these cases with prejudice and without costs, disbursements, or attorney's fees to any party.

**IT IS SO ORDERED.**

DATED this 9th day of May 2025.

_____
HON. STACIE F. BECKERMAN
United States Magistrate Judge